IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 07-00338-01-CR-W-SOW |
| ANTHONY R. MARCHBANKS, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

On October 4, 2007, defendant moved for a judicial determination of mental competency. Defendant was examined by John Wisner, M.D., a psychiatrist. It is the opinion of Dr. Wisner that defendant is competent to stand trial. During a hearing held before United States Magistrate Judge Robert Larsen on October 31, 2007, defendant and the government stipulated to the report of Dr. Wisner.

Therefore, with no objections having been filed and after making an independent review of the record, it is

ORDERED that defendant's motion for judicial determination of mental competency is granted, the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that defendant is competent to stand trial. It is further

ORDERED that, pursuant to 18 U.S.C. § 3161(h)(1)(A), the time between October 4, 2007, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence. It is further

ORDERED that this case is set for trial on the joint criminal jury trial docket which will commence November 26, 2007.

                 /s/ Scott O. Wright
                Scott O. Wright
                United States District Judge

Date: 11/6/2007

2